IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RENORIAL RANDY IVY, #M1437**                                              **PETITIONER**

v.                                                              CAUSE NO. 1:15CV342-LG-RHW

**JACQUELYN BANKS**                                                **RESPONDENT**

<u>**FINAL JUDGMENT**</u>

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on April 27, 2016.  The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE